STATE OF OREGON,
*Respondent,*

*v.*

RUTH YVONNE GERT,
*Appellant.*

(C89-08-34058; CA A63118)

803 P2d 785

Ingrid A. MacFarlane, Deputy Public Defender, Salem, argued the cause for appellant. With her on the brief was Sally L. Avera, Public Defender, Salem.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

## PER CURIAM

Defendant was convicted of delivery of a controlled substance under ORS 475.992. Because she did not waive a jury trial in writing, as required by ORS 136.001, we reverse and remand for a new trial.

Because the issue will arise on retrial, we have reviewed defendant's claim that her motion to suppress was erroneously denied. We conclude that the trial court properly denied the motion.

Reversed and remanded for a new trial.